UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO BETTENCOURT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants. | Case No.  24-cv-00308-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court has been informed that the parties reached a settlement during their February 10, 2025 settlement conference with the Honorable Alex Tse.  In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar.  If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: February 10, 2025



SALLIE KIM
United States Magistrate Judge